**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Protocol, LLC,

Plaintiff,

v.

Personal Vending Systems, Inc.,

Defendant.

**MEMORANDUM OPINION AND ORDER**
Civil No. 01-1238 ADM/AJB

---

Alan Anderson, Esq., Fulbright & Jaworski, Minneapolis, MN, appeared for and on behalf of Plaintiff Protocol, LLC.

R. Daniel Rasmus, Esq., Phillippi & Rasmus, Eden Prairie, MN, appeared for and on behalf of Defendant Personal Vending Systems, Inc.

---

On November 20, 2001, the undersigned United States District Judge heard Plaintiff Protocol, LLC's, Motion for Remand [Doc. No. 9], and Defendant Personal Vending Systems, Inc.'s, Motion for Transfer of Venue [Doc. Nos. 17 & 18]. For reasons specified on the record, and based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Remand [Doc. No. 9] is **DENIED**, and
2. Defendant's Motion for Transfer of Venue [Doc. Nos. 17 & 18] is **DENIED.**

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: November 20, 2001

FILED NOV 20 2001
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK