UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Protocol, LLC

Plaintiff,

v.

Personal Vending Systems, Inc.

Defendant.

Civil File No. 01-1238 ADM/AJB

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE TO COMPLETE DISCOVERY**

**STIPULATION: IT IS HEREBY AGREED BY THE PARTIES:**

I. The deposition for Mr. Brett McKay, a witness for Plaintiff Protocol, LLC, was scheduled for Thursday, May 23, 2002. Mr. McKay did not appear because of a death in his family which occurred on May 22, 2002. Mr. McKay has been unavailable to date and the parties will be unable to complete his deposition prior to June 1, 2002, the discovery deadline date provided in the Court's Scheduling Order. The parties agree to arrange a mutually agreeable time to conduct a full and complete deposition of Mr. McKay and agree to conduct the deposition at the earliest possible time convenient to the parties and the witness, but in no event later than June 21, 2002.

II. The deposition for Mr. Rob DeMattia, a witness for Defendant, Personal Vending Systems, Inc. (PVS), was commenced on Wednesday, May 29, 2002. This deposition took place in Boston, Massachusetts, and was scheduled to

FILED JUN 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

accommodate PVS's request that this deposition proceed on May 29. In order to accommodate PVS's counsel's travel arrangements, counsel for Protocol was not able to complete questions prepared for Mr. DeMattia. Because Mr. DeMattia was questioned during the time-period between 9:00 a.m. and 5:00 p.m., except for numerous breaks that were taken, and because most questioning was completed at the time the deposition adjourned, the parties agree to extend the discovery deadline for a reasonable period of time to give Protocol the opportunity to complete Mr. DeMattia's deposition. The parties stipulate that this deposition will be completed at the same location where the deposition was taken on May 29, which is a setting that allows video-taping and court reporting of the questioning. The parties agree that either or both parties' counsel may appear by telephone. The parties agree to conduct the deposition at the earliest possible time convenient to the parties and the witness, but in no event later than June 21, 2002.

III. The deposition for Mr. Steven Colarossi, a witness for PVS, commenced on Thursday, May 30, 2002. This deposition also occurred in Boston, Massachusetts, and was specifically scheduled for this date and time at the request of PVS; although PVS indicated its desire to complete the depositions of Mr. DeMattia and Mr. Colarossi to the extent possible on the May 29th. . Protocol's counsel provided notice that the deposition was scheduled to proceed all day on May 30. Because of personal commitments, Mr. Colarossi was available for his deposition only until 1:00 p.m. on May 30th. Protocol was not advised of Mr. Colarossi's unavailability until May 29. Counsel for

Protocol did not complete the deposition of Mr. Colarossi. The parties agree to extend the discovery deadline in order to provide counsel for Protocol the opportunity to complete Mr. Colarossi's deposition. The parties have not agreed as to the place or mechanism by which Mr. Colarossi's deposition will be taken; however the parties agree to conduct the deposition at the earliest possible time convenient to the parties and the witness, but in no event later than June 21, 2002. The parties also agree that Mr. Colarossi's continued deposition will be recorded by both a court reporter and videographer.

Dated May 31, 2002.

Phillippi & Rasmus, LLC

By: ______________________
R. Daniel Rasmus (#0260289)
9975 Valley View Road
Eden Prairie, MN 55344
Telephone: (952) 941-7101

Attorney for Personal Vending Systems, Inc.

Dated May 31, 2002.

Fulbright & Jaworski L.L.P.

By: ______________________
Alan M. Anderson (149500)
Sharna A. Wahlgren (241581)
225 South Sixth Street
Suite 4850
Minneapolis, MN 55402

Attorney for Protocol, LLC

# ORDER

**BASED ON THE STIPULATION OF THE PARTIES PROVIDED HEREIN, IT IS HEREBY ORDERED THAT:**

The discovery deadline previously set for June 1, 2002, is extended to June 21, 2002 for the sole purpose of accommodating the parties' needs to complete the above identified depositions as well as any discovery issues that arise as a result of these depositions. The deadline for filing and serving a motion to compel relating to these three depositions is extended to June 25, 2002.

It is so ordered.

Dated: 6/4, 2002

THE COURT

By: [signature]
The Honorable Arthur J. Boylan
Magistrate Judge of U.S. District Court

## *Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with
The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002
8:00 am—5:15 pm**

**Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000**

## Morning Session:

| | |
|---|---|
| **7:30-8:00** | **Registration** |
| **8:00-8:15** | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| **8:15-9:00** | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| **9:00-9:45** | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| **9:45-10:00** | **Morning Break** |
| **10:00-10:45** | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| **10:45-11:45** | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| **11:45-12:45** | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| **12:45-1:30** | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| **1:30-2:15** | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| **2:15-3:15** | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*;** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| **3:15:3:30** | **Afternoon Break** |
| **3:30-4:15** | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| **4:15-5:15** | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________

Firm/Employer ____________________

Address ____________________

____________________

____________________

Phone ____________________

E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA (612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building