**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

PROTOCOL, LLC,

Plaintiff,

v.

PERSONAL VENDING SYSTEMS, INC.,

Defendant.

Civil No. 01-1238 ADM/AJB
**ORDER ON DISCOVERY**

---

This matter came before the Court, Magistrate Judge Arthur J. Boylan, on Plaintiff's motion to compel discovery and for sanctions [Docket No. 46] and Defendant's motion to compel discovery and for costs [Docket No. 50]. Hearing was held on June 24, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Sharna A. Wahlgren, Esq., appeared on behalf of the Plaintiff. R. Daniel Rasmus, Esq., appeared on behalf of the Defendant.

Based on the file, affidavits, memoranda and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff Protocol, LLC ("Protocol")'s motion to compel discovery is **granted in part and denied in part**. [Docket No. 46];

2. Defendant Personal Vending Systems, Inc. ("PVS") shall supplement its answers to Interrogatory Nos. 22, 23 and 24;

3. PVS shall produce Mr. Steven Colarossi for an additional 3.5 hours of deposition at Protocol's counsel's office in Minneapolis, Minnesota to answer questions relating to (1) the information sought in Interrogatory Nos. 22, 23, and 24 (other than information protected by

FILED JUL 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

privilege), (2) the location of Mr. DeMattia's and PVS's vending machines (attorney's eyes only), and (3) information regarding Pro Scribe Distributors, Inc. (attorney's eyes only).

4. Because Mr. Colarossi completed only about 3.5 hours of testimony on May 30, 2002 and because he exited the deposition on his own initiative at approximately 1:00 pm, PVS shall assume all expenses incurred for Mr. Colarossi's travel.

5. Because Mr. Robert DeMattia has completed a full seven hours of deposition on May 29, 2002, and because the Court is not persuaded that further deposition of Mr. DeMattia is necessary or appropriate, Plaintiff's request that Defendant produce Mr. DeMattia for additional deposition is **denied**.

6. Because Plaintiff has adequately responded to Interrogatory Nos. 1, 2, 7, 8, 14, and 15, and because the Court has no basis at present to dispute the veracity of the responses, Defendant PVS's Motion to Compel and for Costs is **denied as moot** [Docket No. 50].

Dated: 7/2/02

Arthur J. Boylan
United States Magistrate Judge